481 A.2d 1314

**In the Matter of The Nomination Paper of Kevin E. COOPER, Independent Candidate for the Office of Representative in the General Assembly from the 24th Legislative District of Allegheny County.**

**Appeal of Kevin E. COOPER.**

Supreme Court of Pennsylvania.

Oct. 3, 1984.

Madaline Palladino, Judge.

Clifford C. Cooper, Pittsburgh, Pa., for appellant.

John J. Connelly, Jr., Harrisburg, Pa., for Joseph Preston.

Bureau of Elections, Dept. of State, Harrisburg, Allegheny County Election Bureau, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, HUTCHINSON, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

530

## ORDER

PER CURIAM.

The order of the Commonwealth Court is affirmed.

HUTCHINSON and PAPADAKOS, JJ., dissent.